# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION TRUST FUND et al., <br><br> Plaintiffs, <br> v. <br> GARTEL CORP., <br><br> Defendant. | Case No. 2:11-cv-5929-ODW(SHx) <br><br> **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

On May 21, 2012, the Clerk of Court entered default against Gartel Corp. (ECF No. 16.) Since then, the Court stayed the case pending Gartel's bankruptcy filing. On January 31, 2013, the Court lifted the stay because Gartel's bankruptcy case was closed without discharge. (ECF No. 26.) No activity has occurred since that time.

Accordingly, Plaintiffs are hereby **ORDERED TO SHOW CAUSE**, in writing no later than April 1, 2013, why this case should not be dismissed for failure to prosecute. The Court will discharge this order to show cause upon receipt of a noticed motion for default judgment from Plaintiffs. Failure to timely respond to this order will result in the dismissal of this case.

**IT IS SO ORDERED.**

March 25, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**